Bruce W. Leppla (State Bar No. 071642)
bleppla@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:    415.956.1000
Facsimile:    415.956.1008

David S. Stellings
dstellings@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNA KUZMENKO, Individually and on behalf of all others similarly situated and the California general public,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.; CITIMORTGAGE, INC.; and CITIBANK SERVICE CORPORATION,<br><br>Defendants. | Case No. 12-cv-1227<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a); N.D. CAL. CIVIL L.R. 7-12]**<br><br>The Hon. Claudia Wilken<br><br>Complaint Filed: March 12, 2012 |

WHEREAS, Plaintiff Inna Kuzmenko, on behalf of herself and all other similarly situated California consumers and the general public of California, has named Citibank, N.A., Citimortgage, Inc., and Citibank Service Corporation as Defendants in this action;

WHEREAS, Plaintiff alleges that Defendants failed to cause to be recorded the reconveyance of Plaintiff's Deed of Trust within the time period required by Section 2941 of the California Civil Code following the satisfaction of Plaintiff's home equity loan;

1   WHEREAS, Cal. Civ. Code. Section 2941(b)(1) provides that within 30 days of
2   satisfaction of a loan obligation, the lender must deliver to the trustee of the Deed of Trust all
3   documents necessary to reconvey the Deed of Trust, and that within 21 days of receipt of the
4   necessary documents, the trustee must execute the reconveyance and cause it to be recorded in the
5   office of the county recorder so as to clear the title of the cloud caused by the Deed of Trust;

6   WHEREAS, the reconveyance of the Deed of Trust with respect to Plaintiff's loan was
7   not recorded with the Office of the County Recorder of San Francisco until May 12, 2005,
8   approximately 63 days after her loan was satisfied;

9   WHEREAS, Defendants represent that Defendants timely executed the reconveyance and
10  sent it to the San Francisco County Recorder's Office for recordation within the statutory period;

11  WHEREAS, Defendants have provided documentation indicating that on March 24, 2005,
12  14 days after Plaintiff satisfied her home equity loan, Citibank, N.A. instructed Citimortgage,
13  Inc., to reconvey Plaintiff's Deed of Trust and provided the required documentation for the
14  reconveyance, and that Citimortgage, Inc. executed the reconveyance that same day;

15  WHEREAS, Defendants have provided documentation indicating that on April 12, 2005,
16  19 days after receiving the necessary documentation to complete the reconveyance, Citimortgage,
17  Inc. sent the reconveyance to the San Francisco County Recorder's Office via UPS for
18  recordation;

19  WHEREAS, Cal. Civ. Code Section 2941(c) expressly permits the use of 2-day mail and
20  provides for the presumption of California Evidence Code Section 641, which states that "[a]
21  letter correctly addressed and properly mailed is presumed to have been received in the ordinary
22  course of mail";

23  WHEREAS, Plaintiff has concluded that Defendants satisfied their obligations pursuant to
24  Cal. Civ. Code Section 2941 and that her claims against Defendants lack evidentiary support;

25  WHEREAS, Defendants have not served an Answer or otherwise responded to the
26  Complaint, and no class has been certified;

27  NOW, THEREFORE, it is hereby stipulated by and between the parties, through their
28  respective counsel of record, that:

1. The above captioned putative class action is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a); and

2. The parties hereto agree that each shall bear his/her/its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: May 29, 2012                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _/s/ Bruce W. Leppla_____

Bruce W. Leppla
Attorneys for Plaintiff

Dated: May 29, 2012                STROOCK & STROOCK & LAVAN, LLP

By: _/s/ Lisa M. Simonetti_____

Lisa M. Simonetti
Attorneys for Defendants

I, Bruce W. Leppla, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: _/s/ Bruce W. Leppla_____

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/31/2012

_____
Hon. Claudia Wilken
United States District Judge